UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════

UNITED STATES OF AMERICA,

**DECISION AND ORDER**
26-CR-52-A

v.

DAVID MARTINEZ,

Defendant.

═══════════════════════════════════

This case was referred (Dkt. No. 4) to Magistrate Judge Michael J. Roemer to take Defendant David Martinez's plea of guilty, conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and make a recommendation to this Court whether a plea of guilty should be accepted. On April 22, 2026, Defendant appeared before Magistrate Judge Roemer and waived his right to indictment (Dkt. No. 1) and entered a plea of guilty to a one-count information (Dkt. No. 2) charging him with embezzlement by a union official, in violation of 29 U.S.C. § 501(c), pursuant to a written plea agreement (Dkt. No. 3).

Magistrate Judge Roemer issued a Report and Recommendation ("R&R") (Dkt. No. 6) confirming his oral findings that Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. No timely objections to the R&R have been filed. It is hereby

**ORDERED** that, upon review of the waiver of indictment, the information, the plea agreement, the plea transcript (Dkt. No. 8), and the R&R, the Court finds that all the requirements of Rule 11 were carefully followed. Defendant's waiver of his right to indictment together with his plea of guilty were knowing and voluntary, and his plea of

guilty was supported by a factual basis.  The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charge to which he was pleading guilty, and any maximum possible penalty, among the other requirements listed in Rule 11.  The Magistrate Judge determined that Defendant understood the foregoing.  Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the R&R.

**Sentencing is scheduled for August 12, 2026, at 12:00 PM.**  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

_s/Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  May 11, 2026
        Buffalo, New York

2